BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00343 LJO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUING TRIAL DATE** |
| v. | ) | Old Date: Sept. 6, 2011 |
|  | ) | Old Time: 8:30 a.m. |
| RONALD JOHN SALADO, | ) | **New Date: Oct. 31, 2011** |
| ROBERT MORRIS ADAMS, and | ) | **New Time: 8:30 a.m.** |
| JASON M. ESPINOLA, | ) | **Court:     Four** |
| Defendants. | ) | **(Hon. Lawrence J. O'Neill)** |

Defendants Ronald John Salado, Robert Morris Adams, and Jason M. Espinola, by and through their counsel of record, and plaintiff the United States of America, by and through its counsel of record, hereby jointly stipulate and respectfully request that the Court order that the trial in this case be continued from September 6, 2011 to **October 31, 2011.**

The grounds for this stipulation are that a continuance of the trial date to October 31, 2011 is required to ensure continuity of defense counsel, given counsel's unavailability on other dates, that the failure to grant a continuance would be likely to prevent the

1  trial from proceeding, and that additional time is reasonably
2  required for effective preparation, notwithstanding due diligence by
3  counsel for the defendants and the government.
4     The parties agree and stipulate that time should be excluded in
5  the interests of justice from the date of this stipulation through
6  and including the new trial date of October 31, 2011, under 18 U.S.C.
7  § 3161(h)(7)(A) and (7)(8)(B)(i) & (iv), in that the ends of justice
8  served by the continuance outweigh the interests of the public and
9  the defendants in a speedy trial.
10    IT IS SO STIPULATED.

DATED: 7/18/11           By: /s/ Frank C. Carson
                             (as authorized on 7/18/11)
                             FRANK C. CARSON
                             Attorney for Defendant
                             RONALD JOHN SALADO

DATED: 7/20/11           By: /s/ Kirk W. McAllister
                             (as authorized on 7/20/11)
                             KIRK W. McALLISTER
                             Attorney for Defendant
                             ROBERT MORRIS ADAMS

DATED: 7/18/11           By: /s/ Stephen L. Foley
                             (as authorized on 7/18/11)
                             STEPHEN L. FOLEY
                             Attorney for Defendant
                             JASON M. ESPINOLA

DATED: 7/21/11               BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Kirk E. Sherriff
                             KIRK E. SHERRIFF
                             STANLEY A. BOONE
                             Assistant U.S. Attorney

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the trial date in this case. It is ordered that the trial date is continued from Sept. 6, 2011 to October 31, 2011, at 8:30 a.m. It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, from the date of this stipulation through and including the new trial date of October 31, 2011, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated: July 22, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE